[No. 35597-0-I.    Division One.    June 10, 1996.]

THE CITY OF SEATTLE, *Respondent*, v. BRUCE BLUME, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for King County, No. 93-2-17834-4, Sally Phillips Pasette, J., entered October 17, 1994. *Affirmed and remanded* by unpublished opinion per Agid, J., concurred in by Webster and Becker, JJ.

[No. 35750-6-I.    Division One.    June 10, 1996.]

*In the Matter of the Marriage of* PEGGY JO BRISCOE, *Respondent, and* DEWAYNE L. BRISCOE, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 93-3-00664-4, Norma Smith Huggins, J., entered November 23, 1994. *Affirmed* by unpublished opinion per Kennedy, A.C.J., concurred in by Coleman and Becker, JJ. Now published at 82 Wn. App. 529.

[No. 35801-4-I.    Division One.    June 10, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. DAVID IAN SAETEURN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 94-1-01023-5, James D. McCutcheon, J., entered November 30, 1994. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Kennedy, A.C.J., and Cox, J.

[No. 36668-8-I.    Division One.    June 10, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. RICHARD ALLEN HENRY, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 94-1-08277-5, James A. Noe, J., entered May 22, 1995. *Dismissed* by unpublished per curiam opinion.